# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 07-30140-DRH |
| vs. | ) | |
| | ) | |
| WILLIE C. BATEE, III, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS

On March 14, 2008, this court entered an order for forfeiture against defendant Willie C. Batee, III, for the following property which had been seized from said defendant:

**One Smith and Wesson, Model 66-1, .357 Magnum caliber, revolver, bearing serial number 76K5268.**

Said order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

Said order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning November 29, 2008, and ending December 28, 2008, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7) that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on October 30, 2008, namely:

1

**One Smith and Wesson, Model 66-1, .357 Magnum caliber, revolver, bearing serial number 76K5268.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**DATE:** March 26, 2009.

/s/ David R Herndon

**DAVID R. HERNDON**
**United States Chief Judge**